**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:26-cr-141-JLB-LSG | **DATE:** | May 5, 2026 |
| **HONORABLE LINDSAY S. GRIFFIN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MELISSA KATHERINE GAUTHREAUX | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Merrilyn Hoenemeyer, AUSA | |
| | | **DEFENSE COUNSEL**<br>Jacklyn Isaacs-Bacallao, AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME** 1:00 PM-1:21 PM | **TOTAL:** 21 MINS | **PRETRIAL:** | Charlene Cohen |
| | | **COURTROOM:** | Zoom |

**PROCEEDINGS: INITIAL APPEARANCE & ARRAIGNMENT**

Defendant provided a copy of the Indictment. Waived formal reading of indictment.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Oral Order of Due Process.

Financial affidavit submitted and reviewed.

Oral motion for counsel. Motion granted and the public defender's office is appointed.

NOT GUILTY PLEA ENTERED AS TO ALL COUNTS

TRIAL TERM: July 2026 commencing July 1, 2026, at 9:00 AM, before JLB.

ZOOM STATUS CONFERENCES: June 8, 2026, at 1:30 PM, before JLB.

Oral motion for discovery by defense. Oral motion for reciprocal discovery by government. Both motions granted.

Referred to Magistrate Judge Griffin for pretrial discovery order.  Pretrial discovery order to be electronically filed.

**Bond:**

Government: Seeking release. Proffer of counsel.

Defendant: In agreement with the conditions listed by the Government and Pretrial Services.

Court: The Defendant is ordered released with the conditions listed on the record.