# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                                  Case No. 8:26-cr-141-JLB-LSG

MELISSIA KATHERINE GAUTHREAUX,

    Defendant.

_____/

## ORDER SETTING CONDITIONS OF RELEASE

The defendant's pretrial release is subject to the following conditions:

(1)    The defendant must not violate any federal, state, or local law.

(2)    The defendant must cooperate in the collection of a DNA sample if authorized under 42 U.S.C. § 14135a.

(3)    The defendant must immediately notify defense counsel, the court, and the pretrial services office before changing the defendant's address or telephone number.

(4)    The defendant must appear at all proceedings as required and must surrender as directed to serve any sentence that the Court may impose.

(5)    The defendant must report as soon as possible to the Pretrial Services Office any contact with law enforcement personnel, including any arrest, questioning, or traffic stop.

## ADDITIONAL CONDITIONS OF RELEASE

To reasonably assure the appearance of the defendant and the safety of any person and the community, the release of the defendant is subject to the additional conditions marked below:

_____ ** The defendant shall refrain from having in the defendant's residence, or otherwise in the defendant's possession, any firearm, ammunition, destructive device, or other dangerous weapon.

1

_____ ** The defendant shall refrain from direct or indirect contact with any victim, witness, or the family of any victim or witness, including specifically:

_____.

___**X**__ ** The defendant shall be subject to Pretrial Services supervision and shall report as directed by the Pretrial Services Office.

_____ ** The defendant shall not change residential address without advanced approval from Pretrial Services.

___**X**__ ** The defendant's travel and residence restricted to the Middle District of Florida.

_____ ** The defendant's travel restricted to_____.

__**X**__ The defendant shall surrender any passport:

_____ before release; or

__**X**__ to Clerk, U.S. District Court, **no later than 4 p.m. on May 7, 2026**.

_____ The defendant shall obtain no passport or travel documents.

_____ ** The defendant shall participate in the Location Monitoring program and abide by all the rules of the program and will pay all or part of the costs of the program based on the defendant's ability to pay as directed by Pretrial Services.

(1) The defendant's location is restricted to:

_____ ** Curfew: The defendant his restricted to the defendant's residence every day from _____ p.m. to _____ a.m., or as directed by the Pretrial Services Office.

_____ Home Detention: The defendant is restricted to the defendant's residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office.

_____ Home Incarceration: The defendant is restricted to the defendant's residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services Office.

2

(2) <u>The defendant is subject to location monitoring</u>:

_____ using location monitoring technology as directed by Pretrial Services or the supervising officer.

_____ using GPS monitoring equipment.

_____ using a virtual mobile application. The defendant must allow Pretrial Services or the supervising officer to conduct initial and periodic inspections of the mobile device to verify that (1) the monitoring software is functional, (2) the required configuration (e.g., location services) is unaltered, and (3) no effort has been made to functionally alter the mobile application.

_____ The defendant shall refrain from the excessive use of alcohol.

_____ The defendant shall refrain from the use of alcohol.

_____ The defendant must refrain from any use or possession of a narcotic drug, or other controlled substances listed in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner.

_____ The defendant shall participate in a program of inpatient or outpatient substance abuse testing, education, and treatment if deemed advisable by Pretrial Services and pay a percentage of the fee, as determined by Pretrial Services.

_____ The defendant shall submit to any method of testing required by Pretrial Services for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and any form of prohibited substance screening or testing.

___**X**__ The defendant shall participate in a psychiatric and mental health assessment, evaluation, and treatment, as directed by Pretrial Services, with costs to be borne by the defendant, as determined by Pretrial Services.

_____ **The defendant shall participate in a mental health/psychiatric and/or specialized treatment for defendants charged with a sex offense as directed by Pretrial Services.

_____ The defendant shall execute a bond binding the defendant to pay the United States the sum of $_____ in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

_____    The bond shall be co-signed by _____.

_____    The defendant shall provide a corporate surety bond guaranteeing payment to the United States the sum of $_____ in the event of a failure to appear as required or to appear for service of any sentence imposed.

_____    The defendant shall be placed in the custody of _____, who must act as a third-party custodian in this case and who agrees to the following:

>    (a) to supervise the defendant in accordance with all the conditions of release,

>    (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and

>    (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

>    Signed: _____

__**X**___    The defendant shall maintain, actively seek, or commence:

>    __**X**__ verifiable employment

>    _____ an education program

_____    ** The defendant shall have no contact with minors without a responsible adult present.

_____    ** The defendant shall have no contact with minors.

_____    ** The defendant's residence shall not contain:

Internet service accessible from inside the residence.

Any electronic device capable of connecting to the Internet (including, but not limited to any computer, smart phone, hand-held computing device, or gaming console).

Any medium capable of storing data from the Internet (for example, a flash drive, a compact disc, a floppy disk, and cloud-based storage).

Encrypted data, or any device capable of encrypting data.

4

_____ ** The defendant shall not use or possess:

Any electronic device capable of connecting to the Internet (including, but not limited to any computer, smart phone, hand-held computing device, or gaming console). This prohibition applies to all locations, whether public or private, such as libraries, internet cafes, the defendant's places of employment, educational facilities, or any other third-party locations.

Any medium capable of storing data from the Internet (for example, a flash drive, a compact disc, a floppy disk, and cloud-based storage).

Encrypted data, or any device capable of encrypting data.

_____ The defendant may use an electronic device and access the Internet at work solely for work-related purposes and shall not access any illegal or prohibited content.  The defendant and his employer must permit routine inspection of the electronic device to confirm adherence to this condition. You must inform your employer and any other third party that this condition, including the inspection provision. Pretrial Services must conduct any inspections in a manner no more intrusive than necessary to ensure compliance with this condition.

The following additional conditions also apply:

**The defendant must notify her clients of the charges against her and provide satisfactory proof of that notification to Pretrial Services no later than May 12, 2026. The defendant must also notify The Florida Bar of the alleged offense.**

## ADVICE OF PENALTIES AND SANCTIONS TO THE DEFENDANT

A violation of a condition of your release may result in a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

Committing a federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This will be in addition to any other sentence you receive.

It a crime punishable by up to ten years of imprisonment and a $250,000 fine (1) to obstruct a criminal investigation; (2) to tamper with a witness, victim, or informant; (3) to retaliate or attempt to retaliate against a witness, victim, or informant; or (4) to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are greater if the conduct involves a killing or attempted killing.

If, after release, you knowingly fail to appear or to surrender for the service of sentence, you may be prosecuted, and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, your failure to appear or surrender may result in a fine of not more than $250,000 or imprisonment for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, your failure to appear or surrender may result in a fine of not more than $250,000 or imprisonment of not more than five years, or both;

(3) any other felony, your failure to appear or surrender may result in a fine of not more than $250,000 or imprisonment of not more than two years, or both;

(4) a misdemeanor, your failure to appear or surrender may result in a fine of not more than $100,000 or imprisonment of not more than one year, or both.

A term of imprisonment imposed for failure to appear or to surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

**ORDERED** in Tampa, Florida, on this 5th day of May, 2026.

LINDSAY S. GRIFFIN
United States Magistrate Judge

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State                    Telephone

7