**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                   **Case No.: 8:26-CR-141-JLB-LSG**

**MELISSIA KATHERINE GAUTHREAUX**

_____ /

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender has been appointed by the Court to

represent the Defendant, MELISSIA KATHERINE GAUTHREAUX, in the above-styled

cause.

The Clerk is requested to enter the appearance of ADAM B. ALLEN, Assistant

Federal Defender, as counsel for the Defendant.

DATED this 11th day of May 2026.

Respectfully submitted,

**CHARLES L. PRITCHARD, Jr.**
**FEDERAL DEFENDER**

*/s/ Adam B. Allen*
Adam B. Allen, Esq.
Assistant Federal Defender
Florida Bar No. 0998184
400 North Tampa Street
Suite 2700
Tampa, FL. 33602
Telephone:   (813) 228-2715
Facsimile:   (813) 228-2562
Email:   adam_allen@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of May 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Merrilyn Elise Hoenemeyer

*/s/ Adam B. Allen*
Adam B. Allen, Esq.
Assistant Federal Defender