**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| CLERK'S MINUTES |
| **STATUS CONFERENCE** |

**Case Number: 8:26-cr-141-JLB-LSG**

---

**UNITED STATES OF AMERICA**                Government
                                                              Counsel:    Ilyssa Spergel for
                          **Plaintiff,**                Merrilyn Elise Hoenemeyer

**v.**

**MELISSIA KATHERIINE**                          Defense
**GAUTHREAUX**                                      Counsel:    Adam Benjamin Allen

                          **Defendant.**

| Judge: | **John L. Badalamenti** | Court Reporter: | Lori Cecil Vollmer |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | June 8, 2026 | Time: Total: | 2:08PM – 2:12PM 4 minutes |

Counsel identified for the record.

Defendant's *Oral Motion for Continuance* is GRANTED, for reasons stated on the record. The Government had no objection.

This case is continued to the NOVEMBER 2026 trial term commencing November 2, 2026. Criminal Status Conference will be held on October 13, 2026 at 1:30PM via zoom video conference. It is expected that the case will take four (4) days to try.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial. The Court finds that the time from now until the end of the July 2027 trial calendar constitutes excludable time.